

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2015

No. 04-14-00338-CR

Benny Cavazos **VALVERDE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR3980
Honorable Melisa Skinner, Judge Presiding

## O R D E R

On April 16, 2015, appellant's retained counsel, Mr. David Schulman, filed an unopposed "Motion to Abate Briefing Schedule So Clerk's Record May Be Corrected or Replaced." We GRANT the motion.

We hereby ORDER the Bexar County District Clerk to refile in its entirety an amended clerk's record that fully complies with Texas Rule of Appellate Procedure 34.5 <u>no later than May 7, 2015</u>.

Appellant's brief was originally due from Mr. Schulman on March 23, 2015. Mr. Schulman has been granted one extension of time until April 22, 2015. Mr. Schulman is hereby ORDERED to file appellant's brief no later than thirty days from the date the amended clerk's record is filed. **No further extensions of time in which to file the brief will be considered or granted.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court